In the Matter of the Claim of LADISLAWA KOLOKO, Appellant, against NIAGARA MACHINE AND TOOL WORKS and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dispense with printing of record on appeal and that appeal be submitted or argued upon the original papers, exhibits and testimony taken before referee and the State Industrial Board, and upon typewritten briefs, denied.

In the Matter of the Claim of J. M. JOHNSON, Respondent, against H. M. SMITH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of LAWRENCE CICCONE, Respondent, against T. G. VENUTI & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of NELLIE B. NICHOLS, Respondent, against STENTO & SERAFINI and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of WILLIAM HELLREIGEL, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES LEWIS, Respondent, against AUTO WHEEL COASTER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of STEVE CHEMANSKY, Respondent, against BOWEN PRODUCTS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of EUGENE L. LEHRBAUM, Respondent, against UNITED CIGAR STORES COMPANY OF AMERICA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of OSCAR GRIFFIN, Respondent, against DAVID L. RING and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, on the ground that there was an illegal classification, with costs against the State Industrial Board. All concur, except Rhodes, J., who dissents and votes to affirm. (See Robinson v. Robins Dry Dock & Repair Co., 238 N. Y. 271.)